R K & O  RICHARDS KIBBE & ORBE LLP   ONE WORLD FINANCIAL CENTER   NEW YORK, NEW YORK   10281-1003



Sarah C. Haan

March 26, 2008

**VIA HAND DELIVERY**

**SO ORDERED**

Hon. George B. Daniels
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

*George B Daniels*
**HON. GEORGE B. DANIELS**

Re: <u>Wiggins v. Ercole</u>
08 Civ. 3053 (GBD)

Dear Judge Daniels:

    Enclosed please find a courtesy copy of the habeas corpus petition filed today by Allen Wiggins in <u>Wiggins v. Ercole</u>. Subject to the Court's approval, we respectfully request permission to file the memorandum of law in support of the petition within six weeks of the date of the filing of the petition.

    Thank you for your consideration of this matter.

Respectfully,

Sarah C. Haan

Enclosure

NEW YORK  212 530 1800     WASHINGTON : 202 261 2960     LONDON  44 20 7033 3150